IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00122 |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| BRANDON CHRISTOPHER DEGEN, | |
| Defendant(s). | |

This Court entered a Preliminary Order of Forfeiture on December 30, 2021, (Doc. 33) pursuant to the provisions of 16 U.S.C. § 3374 and 28 U.S.C. § 2461. Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on January 6, 2022. (Doc. 34.)

There were no filed verified petitions in this action claiming an ownership interest in the property listed and it appears from the record that no other claims, contested or otherwise, have been filed for the property described in the Court's Preliminary Order of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      The right, title, and interest to all of the described property is forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      The following property belonging to BRANDON CHRISTOPHER DEGEN, who is the subject of this Order, is hereby forfeited to the United States of America:

- One bull elk head and corresponding elk parts;
- Two mule deer carcasses; and,
- One white-tailed deer carcass.

3.      Any and all forfeited property held by the Fish and Wildlife Services and

the U.S. Marshal be disposed of by said agency according to law.

This Order was filed electronically through ECF, and ECF will send a Notice of

Electronic Filing (NEF) to all counsel of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

SO ORDERED this 28th day of March 2022.


*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court