IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
|       Plaintiff, ) | **ORDER GRANTING MOTION FOR RELEASE** |
| vs. ) | |
| Brandon Christopher Degen, ) | Case No. 1:21-cr-122 |
|       Defendant. ) | |

The court previously ordered defendant detained pending further order. (Doc. No. 52). On May 26, 2022, defendant filed a motion for reconsideration of the court's detention order. (Doc. No. 53). He requests the court to release him to the third-party custody of his mother, Mindy McLaren.

There being no objection from the United States, the court **GRANTS** defendant's motion (Doc. No. 53). Defendant shall be released to Mindy McLaren no earlier than 9:00 AM on May 28, 2022, subject to the following conditions:

(1) Defendant remains subject to and shall comply with the conditions probation previously imposed by the court.

(2) Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Probation Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result

(3) Defendant is placed in the third-party custody of Mindy McLaren, who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the Pretrial Services Officer immediately in the event the defendant violates any conditions of release or disappears.

(4) Defendant shall reside with Mindy McLaren at her home in Manistique, Michigan and shall not change this residence with the prior authorization of the Probation Officer.

(5) Defendant shall report to the Probation Officer as directed.

(6) Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Probation Officer and comply with resulting counseling or treatment recommendations.

(7) Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Probation Officer at the request of the Probation Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

**IT IS SO ORDERED.**

Dated this 27th day of May, 2022.

           */s/ Clare R. Hochhalter*
           Clare R. Hochhalter, Magistrate Judge
           United States District Court